**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARLYN HAYNES, Individually and as                                            PLAINTIFF
Administratrix for the Estate of James Arthur Haynes

v.                                          No. 4:10CV00529 JLH

WHITE COUNTY, ARKANSAS, et al.                                          DEFENDANTS

## <u>ORDER</u>

The defendants have filed an unopposed motion to file evidence under seal and for a brief extension of time. That motion is GRANTED. Document #20. The defendants have filed an affidavit of Clayton Edwards, the White County jail administrator, as Exhibit 1. That affidavit references as Exhibit C to the affidavit a video, which the defendants seek to file under seal. The Clerk is ordered to accept Exhibit C for filing under seal.

The defendants filed their motion for summary judgment and brief in support on January 9, 2012. Their statement of facts were filed one day later, on January 10. The defendants' request for an extension of time to January 10, 2012, to file their statement of facts is granted. The statement of facts filed on January 10, 2012, is deemed timely filed.

IT IS SO ORDERED this 11th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE