**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| MARLYN HAYNES, individually and as<br>Administratrix for the<br>ESTATE OF JAMES ARTHUR HAYNES | PLAINTIFF |
| v.   No. 4:10CV00529 JLH | |
| WHITE COUNTY, ARKANSAS;<br>RICKY SHOURD, in his official capacity;<br>ANGELINA SMITH; MATTHEW MOSLEY;<br>ROSETTA SIMMONS; JEFF LANGLEY;<br>and ROGER HOWARD, individually and in<br>their official capacities | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, summary judgment is entered in favor of the defendants. The complaint of Marlyn Haynes, individually and as Administratrix for the Estate of James Arthur Haynes, is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT